HODGES
v.
RUSSELL.

Friday,
December 7.

---

HODGES and Others v. RUSSELL and Others.

Friday,
December 7.

APPEAL from the *Fountain* Circuit Court.

*Per Curiam.*—Objection is taken to the ruling of the Court on demurrers. No exception was taken. Other objections

relate to the weight of the evidence and the judgment of the <span style="float:right">Nov. Term,</span> Court thereon, on the motion for a new trial. There is no <span style="float:right">1860.</span> bill of exceptions purporting to contain all the evidence, as <span style="float:right">WOOLERY</span> required by the rule of this Court. <span style="float:right">v.<br>VORIS.</span>

The judgment is affirmed, with costs.

*J. R. M. Byrant*, *H. W. Chase* and *J. A. Wilstach*, for appellants.

*M. M. Milford* and *Z. Baird*, for appellees.